NOVEMBER 6, 1972

No. 72–175. FIDELL ET AL. *v.* BOARD OF ELECTIONS OF THE CITY OF NEW YORK ET AL. Affirmed on appeal from D. C. E. D. N. Y. MR. JUSTICE DOUGLAS would note probable jurisdiction and set case for oral argument.

No. 72–200. CHIEF OF THE CAPITOL POLICE ET AL. *v.* JEANNETTE RANKIN BRIGADE ET AL. Affirmed on appeal from D. C. D. C.

No. 72–251. LOFRISCO ET AL. *v.* SCHAFFER, SECRETARY OF STATE OF CONNECTICUT, ET AL. Affirmed on appeal from D. C. Conn.

No. 72–252. KERR MOTOR LINES, INC. *v.* UNITED STATES ET AL. Affirmed on appeal from D. C. N. D. N. Y.

No. 71–1584. STAUFFER *v.* WEEDLUN, DIRECTOR, DEPARTMENT OF MOTOR VEHICLES, ET AL. Appeal from Sup. Ct. Neb. dismissed for want of substantial federal question. MR. JUSTICE DOUGLAS would note probable jurisdiction and set case for oral argument.

No. 72–115. CUNNINGHAM ET AL. *v.* KING COUNTY BOUNDARY REVIEW BOARD ET AL. Appeal from Ct. App. Wash. dismissed for want of substantial federal question.

No. 72–318. RAFTER *v.* NEWARK INSURANCE Co. Appeal from Ct. App. N. Y. dismissed. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.